**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Ronald Dugas
Elayn Hunt Correctional Center DOC No. 314846
P O Box 174
St. Gabriel LA 70776

**REHEARING ACTION: February 22, 2017**

**Docket Number: 16   00423-KH**

**STATE OF LOUISIANA**
**VERSUS**
**RONALD DUGAS**

**Writ Application from Lafayette Parish Case No. 82120**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Marc T. Amy**
   **D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Ronald Dugas** is:

   **REHEARING DENIED.**  Uniform Rules – Courts of Appeal, Rules
   2-18.2 and 2-18.7.

cc: Hon. Keith A. Stutes, Counsel for  the Respondent
    Ronald E. Dauterive, Counsel for  the Respondent